RICK N. HADERLIE, NO. 6-3806
DEWHIRST & DOLVEN, LLC
4179 Riverboat Road, Ste. 206
Salt Lake City, Utah 84123
Telephone: 801-274-2717
Facsimile:  801-274-0170
Email: rhaderlie@dewhirstdolven.com
*Attorneys for all Defendants*

**FILED**

*4:44 pm, 9/15/21*

**Margaret Botkins
Clerk of Court**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JESSICA ANN FOX, as Personal Representative of the Estate of Iletha Ann Hamang, Deceased, and STAGELINE EXPRESS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> VLADIMIR MAKARCHUK, EEZ TRUCKING, INC., and UNITED SHIPPERS ASSOCIATES, INC., <br><br> Defendants; <br><br> EEZ TRUCKING, INC., <br><br> Counter-Claim Plaintiff, <br><br> v. <br><br> STAGELINE EXPRESS, INC., <br><br> Counter-Claim Defendant; <br><br> EEZ TRUCKING, INC., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> CARL HECTOR, <br><br> Third-Party Defendant. | Case No.: 2:19-cv-00207-ABJ <br><br> Judge Johnson |

1

## ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

THIS MATTER, having come before the Court on the parties Stipulated Motion for Dismissal with Prejudice, upon the Court's review of the file and good cause appearing therefor, HEREBY ORDERS:

Any and all claims brought in this matter are hereby dismissed, with prejudice and on the merits, with each party to bear their own costs and attorney fees.

Dated this 15th day of September, 2021.

Alan B. Johnson
United States District Judge